# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of FLORIDA

Case Number: 12-22467-CIV-LENARD/O'SULLIVAN

Plaintiff:
**ABELARDO MILLAN DIAZ, EDUARDO DIAZ,**

vs.

Defendant:
**TRITON WINDOW DISTRIBUTORS, INC., A FLORIDA CORPORATION,
AND ALEJANDRO ACOSTA**

For:
Eddy Marban
THE LAW OFFICES OF EDDY O MARBAN
1600 Ponce de Leon Blvd
Suite 902
Coral Gables, FL  33134

Received by Gissen & Zawyer Process Service, Inc. on the 5th day of July, 2012 at 11:07 am to be served on **TRITON WINDOW DISTRIBUTORS INC C/O ALEJANDRO ACOSTA, REGISTERED AGENT, 5001 NW 72 AVE, MIAMI, FL 33166**.

I, CLARA ORTIZ, do hereby affirm that on the **13th day of July, 2012** at **11:45 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND FLSA COMPLAINT** with the date and hour of service endorsed thereon by me, to: **NICOLE ACOSTA** as **AUTHORIZED AGENT** for **TRITON WINDOW DISTRIBUTORS INC**, at the address of: **5001 NW 72 AVE, MIAMI, FL 33166**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server or an Appointed Process Server in good standing in the judicial circuit in which the process was served. Under Penalty of Perjury I declare that I have read the foregoing Return of Service and that the facts stated in it are true and correct. Notary not required pursuant to F.S. 92.525.

**CLARA ORTIZ**
Process Server #1641

**Gissen & Zawyer Process Service, Inc.**
**1550 Biscayne Blvd**
**Suite 200**
**Miami, FL 33132**
**(305) 371-4664**
Our Job Serial Number: ZPS-2012057430

440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

ABELARDO MILLAN DIAZ, EDUARDO DIAZ,

_____
*Plaintiff*

v.

TRITON WINDOW DISTRIBUTORS, INC., a Florida
corporation, and ALEJANDRO ACOSTA

_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No. **12-22467-CIV-LENARD/O'SULLIVAN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TRITON WINDOW DISTRIBUTORS, INC.
c/o Alejandro Acosta, Registered Agent
5001 N.W. 72 Avenue
Miami, Florida 33166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:    Eddy O. Marban, Esq.
The Law Offices of Eddy O. Marban
1600 Ponce de Leon Boulevard, Suite 902
Coral Gables, Florida  33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

Date:  _____07/03/2012_____

**SUMMONS**

s/Jose Conway
JULY 3, 2012  Deputy Clerk
Steven M. Larimore  U.S. District Courts
Clerk of Court